

160 Queen Victoria Street
London EC4V 4QQ
UK
+44 20 7184 7000  Main
+44 20 7184 7001  Fax
DX 30 London
www.dechert.com

December 12, 2022

**ROGER BURLINGAME**
*Partner*

Roger.Burlingame@dechert.com
+44 20 7184 7333  Direct
+44 20 7184 7001  Fax

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Scott Steven Neilson*, 21 Cr. 189 (JPO)

Dear Judge Oetken:

    I am counsel to Scott Neilson in the above-captioned matter and write to respectfully request a two-week extension of the date by which Mr. Neilson must deposit with the clerk of court the cash portion of his bond. The government and Pretrial Services do not object to this request.

    On November 28, 2022, the Court released Mr. Neilson on a $500,000 personal recognizance bond co-signed by four sureties. The conditions of release included that Mr. Neilson make a cash deposit of $30,000 to secure the bond by today, December 12, 2022.

    We respectfully request a two-week extension of this deadline to allow Mr. Neilson to deposit the funds on or before December 26, 2022.

    As above, I have spoken with the prosecutors on the case as well as the Pretrial Service officer and they do not object to the request.

Respectfully submitted,

Roger Burlingame
Partner
Dechert LLP

Dechert LLP is a limited liability partnership registered in England & Wales (Registered No. OC306029) and is authorised and regulated by the Solicitors Regulation Authority (SRA No. 389648). A list of the names of the members of Dechert LLP (who are solicitors or registered foreign lawyers) is available for inspection at our registered office at the above address. Dechert practices as a limited liability partnership or limited liability company other than in Dublin and Hong Kong.