DECHERT

25 Cannon Street
London EC4M 5UB
UK
+44 20 7184 7000 Main
+44 20 7184 7001 Fax
www.dechert.com

**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
United States of America
+1 212 698 3500 Main
+1 212 698 3599 Fax

**Roger Burlingame**
*Partner*

Roger.Burlingame@dechert.com
+44 20 7184 7333 Direct
+44 20 7184 7001 Fax

July 9, 2026

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Via ECF**

**Re: United States v. Scott Steven Neilson, 21 Cr. 189 (JPO)**

Dear Judge Oetken,

I respectfully write to request that the Court permit Scott Neilson, a defendant in the above-referenced case, to travel from his home in the United Kingdom to Spain, from August 20 until September 3, 2026, to visit his wife's family in Valencia. The government and Pretrial Services have no objection to this request.

Nearly four years ago, on November 28, 2022, with the government's consent following Mr. Neilsen's waiving his right to contest extradition and flying to the United States to surrender himself, Magistrate Judge Stewart D. Aaron released him on a $500,000 personal recognizance bond co-signed by four financially responsible persons and secured by $30,000 in cash. His conditions of release restricted his travel to the United Kingdom, the Southern District of New York, and the Eastern District of New York.

Since the bond's execution, Mr. Neilson has complied with all the terms of his release without incident. And as noted in a similar request last summer to permit him to travel to Spain to get married, during this period Mr. Neilson has shown remarkable growth. Professionally, he supports himself and his family as a fully-licensed plumber, a trade he learned and became certified in while on supervised release. In his personal life, Mr. Neilson married his long-term girlfriend and continues to be a doting father to their two children, one of whom has significant special needs (she is non-verbally autistic). He is also deeply involved in his community, coaching a nine-and-under soccer team and, since 2021, volunteering to help autistic children.

The instant request stems from Mr. Neilson and his wife's desire to spend time with her family in Valencia, Spain. If the request is granted, he would fly from London to Valencia on August 20, 2026, and return to London on September 3, 2026. For this purpose, we respectfully request the

DECHERT



Court permit Mr. Neilson to travel to Spain from August 20 until September 3, 2026. As noted, we have discussed the request with both the government and Pretrial Services and neither object.

Respectfully submitted,

/s/ Roger Burlingame

Roger A. Burlingame

cc: Assistant U.S. Attorneys Micah Ferguson & Andrew Jones
Pretrial Services Officer Madalyn Toledo

Granted.
So ordered: 7/9/2026

J. PAUL OETKEN
United States District Judge